UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:23–cv–09944–MWF–RAO         Date       July 17, 2024

Title       WILLIS V. SANOFI US SERVICES INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

            Rita Sanchez                                    Not Reported;
        Courtroom Deputy                               Court Reporter

    Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
            None Present                                    None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

    In light of the Notice of Settlement filed 7/15/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for January 6, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

                                                            Initials of Clerk:  rs