JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WILLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANOFI US SERVICES INC., et al.,<br><br>　　　　Defendants. | Case No.: CV 23-9944-MWF(RAOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Docket No. 37), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

The above action is dismissed in its entirety without prejudice. The Court shall retain jurisdiction to enforce the settlement between the Parties pursuant to California Code of Civil Procedure § 664.6.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge